# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRENDA GARCIA-CASTRO,

    Plaintiff,

vs.

AM RETAIL GROUP, INC.,

    Defendant.

2:19-CV-00163-APG-CWH

**ORDER**

Before the court is Defendant's Request for Exception from Attendance at Early Neutral Evaluation Session (ECF No. 8).

No opposition has been filed. The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Here, it would seem as though Plaintiff has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Request for Exception from Attendance at Early Neutral Evaluation Session (ECF No. 8) is GRANTED. A representative from AIG must be available for the entire duration of the Early Neutral Evaluation Session.

DATED this 4th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE