Deverie J. Christensen
Nevada State Bar No. 6596
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*AM Retail Group, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA GARCIA-CASTRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AM RETAIL GROUP, INC. a Foreign Corporation, DOES I-X; ROE CORPORATIONS I – X,<br><br>Defendants. | Case No.: 2:19-cv-00163-APG-CWH<br><br>**STIPULATION AND ORDER REGARDING NOTICE OF SETTLEMENT AND VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant AM Retail Group, Inc ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Brenda Garcia-Castro ("Plaintiff") by and through her counsel, HKM Employment Attorneys LLP, hereby advise the Court that a settlement has been reached in this matter. The parties are finalizing the settlement agreement, and request the Court vacate the Early Neutral Evaluation Conference presently scheduled on Thursday, May 2, 2019, at 10:00am.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties further request this Court's approval to file a stipulation and order to dismiss with prejudice this entire action no later than 60 days from the date of this order.

Dated this 29th day of April, 2019.

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **HKM EMPLOYMENT ATTORNEYS LLP** |
| */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *AM Retail Group, INC.* | */s/ Marta D. Kurshumova* <br> Jenny L. Foley, Ph.D, Esq, Bar No. 9017 <br> Marta D. Kurshumova, Esq., Bar No. 14728 <br> 1785 East Sahara, Suite 300 <br> Las Vegas, Nevada 89104 <br><br> *Attorneys for Plaintiff* <br> *Brenda Garcia-Castro* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 4-29-2019